Edwin P. Selpho et al., Appellants, *v.* The City of Brooklyn, Respondent.

*Selpho* v. *City of Brooklyn*, 5 App. Div. 529, affirmed.
(Argued January 16, 1899; decided January 31, 1899.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

85

May 22, 1896, affirming a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Special Term.

*Sidney V. Lowell* for appellants.

*William J. Carr* and *John Whalen* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.